# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois (Chicago)

In re  William R Austin,  
        Debtor

Case No. 11-20295

Chapter 13

## Response to Notice of Final Cure Payment

**Name of Creditor:** U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2004-7, Home Equity Pass-Through Certificates, Series 2004-7

**Last four digits** of any number you use to identify the debtor's account  3798

**Uniform Claim Identifier**: N/A

**Court Claim No. (if known):** N/A

### Part 1: Status of Payments on Claim and Post-Petition Payments

**In response to the Trustee's Notice of Final Cure Payment, Creditor states that:**

**Section A: Status of Claim Amounts (Choose ONE in Section A)**

☒ As of 10/23/15, Debtor(s) has paid in full the amount required to cure the default on the Creditor's claim.

  ☐ The Creditor contends that Trustee disbursement(s) totaling ____ have not yet been posted to the account. With the application of those funds, the Debtor(s) will have paid in full the amount required to cure the default on the Creditor's claim.

☐ As of ____, Debtor(s) has **not** paid in full the amount required to cure the default on the Creditor's claim.

  ☐ The Creditor contends that the amounts itemized in Part 2 below remain unpaid.

  ☐ The Creditor contends that Trustee disbursement(s) totaling ____ have not yet been posted to the account. With the application of those funds, the Debtor(s) will have paid in full the amount required to cure the default on the Creditor's claim.

**Section B: Status of Post-Petition Payment, Fees, Expenses and Charges (Choose ONE in Section B)**

☒ **Post-Petition Payments Paid by Debtor(s)**

  ☐ As of ____, the Creditor agrees that that Debtor(s) is current on all post-petition payments, fees, expenses and charges. Debtor(s) is due post petition for ____.

  ☒ As of 10/23/15, the Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses and charges. The Creditor contends that the post-petition payments, fees, expenses and charges itemized in Part 3 below remain unpaid.

☐ **Post-Petition Payments Paid by Trustee**

  ☐ As of ____, the Creditor agrees that the Debtor(s) is current with all post petition payments consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs. Debtor(s) is due post petition for ____.

    ☐ The Creditor contends that Trustee disbursement(s) totaling ____ have not yet been posted to the account. With the application of those funds, the Debtor(s) will be current with all post petition payments thorugh the date of the Trustee's Notice consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs.

  ☐ As of ____, the Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses and/or charges consistent with Section 1322(b)(5). The Creditor contends that the post-petition payments, fees, expenses and charges itemized in Part 3 below remain unpaid.

### Part 2: Itemization of Claim Amounts not Cured by Debtor(s)

| Description | Amount |
|---|---|
| 1. Late charges | (1) ____ |
| 2. Non-sufficient funds (NSF) fees | (2) ____ |
| 3. Attorney's fees | (3) ____ |
| 4. Filing fees and court costs | (4) ____ |

 5. Advertisement costs                                                                                        (5) \_\_\_\_\_

 6. Sheriff/auctioneer fees                                                                                    (6) \_\_\_\_\_

 7. Title costs                                                                                                (7) \_\_\_\_\_

 8. Recording fees                                                                                             (8) \_\_\_\_\_

 9. Appraisal/broker's price opinion fees                                                                      (9) \_\_\_\_\_

10. Property inspection fees                                                                                  (10) \_\_\_\_\_

11. Tax advances (non-escrow)                                                                                 (11) \_\_\_\_\_

12. Insurance advances (non-escrow)                                                                           (12) \_\_\_\_\_

13. Property preservation expenses                                                                            (13) \_\_\_\_\_

14. Escrow shortage or deficiency (not included as part of any installment payment listed                     (14) \_\_\_\_\_
    in line item 15)

15. Past Due Payments

        \_\_\_\_\_ – \_\_\_\_\_         \_\_\_\_\_   installments at  \_\_\_\_\_     $0.00
        \_\_\_\_\_ – \_\_\_\_\_         \_\_\_\_\_   installments at  \_\_\_\_\_     $0.00
        \_\_\_\_\_ – \_\_\_\_\_         \_\_\_\_\_   installments at  \_\_\_\_\_     $0.00
              Past due payments prior to \_\_\_\_\_ in the total amount of \_\_\_\_\_
              See attached for breakdown.

                                                 Total payments due ►                                        (15) $0.00

16. Other. Specify:                                                                                           (16) \_\_\_\_\_

17. Other. Specify:                                                                                           (17) \_\_\_\_\_

18. Unapplied Funds                                                                                           (18) ( \_\_\_\_\_ )

19. Total Claim Amounts not cured by Debtor(s). Add all of the amounts listed above.                          (19) $0.00

## Part 3: Itemization of Post-Petition Payments, Fees, Expenses and Charges not Cured by Debtor(s)

| Description | Amount |
|---|---|
| 1. Late charges | (1) \_\_\_\_\_ |
| 2. Non-sufficient funds (NSF) fees | (2) \_\_\_\_\_ |
| 3. Attorney's fees | (3) \_\_\_\_\_ |
| 4. Filing fees and court costs | (4) \_\_\_\_\_ |
| 5. Advertisement costs | (5) \_\_\_\_\_ |
| 6. Sheriff/auctioneer fees | (6) \_\_\_\_\_ |
| 7. Title costs | (7) \_\_\_\_\_ |
| 8. Recording fees | (8) \_\_\_\_\_ |
| 9. Appraisal/broker's price opinion fees | (9) \_\_\_\_\_ |
| 10. Property inspection fees | (10) \_\_\_\_\_ |
| 11. Tax advances (non-escrow) | (11) \_\_\_\_\_ |
| 12. Insurance advances (non-escrow) | (12) \_\_\_\_\_ |

**13.** Property preservation expenses                                                                (13) _____

**14. Past Due Payments**

      **Escrow advance on the account?**

      ☐ No

      ☒ Yes   Escrow advance balance on the account is $40,127.12 and will be collected through the escrow portion of the ongoing monthly installments.

| | | | | |
|---|---|---|---|---|
| 6/1/2011 – 10/1/2015 | 53 | installments at | $1,135.46 | $60,179.38 |
| _____ – _____ | _____ | installments at | _____ | $0.00 |
| _____ – _____ | _____ | installments at | _____ | $0.00 |

Past due payments prior to _____ in the total amount of _____
See attached for breakdown.

                                    **Total payments due ▶**      (14) $60,179.38

**15. Other. Specify:**                                                                                       (15) _____

**16. Other. Specify**:                                                                                        (16) _____

**17. Unapplied Funds**                                                                                        (17) ( _____ )

**18. Total post-petition payments, fees, expenses and charges not cured by Debtor(s).**      (18) $60,179.38

| | |
|---|---|
| Attorney for creditor (signature) | /s/ Crystal Sava |
| Attorney for creditor (print) | Crystal Sava |
| Bar registration number | 6300765 |
| Company | Anselmo Lindberg Oliver LLC |
| Address (1) | 1771 W. Diehl Rd., Ste. 120 |
| Address (2) | |
| Phone contact | Naperville, IL 650563 |
| Fax contact | 630-453-6171 |
|  | 630-428-4620 |
| Email contact | bankruptcy@alolawgroup.com |

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

*This pleading

■ I hereby certify that a copy of __*__ was mailed first class, postage paid, this 23rd day of October 2015 to:

Party 1:   William R. Austin
           118 Hay St
           Park Forest, IL 60466

Party 2:

           Philip A. Igoe
           35 E Wacker Drive, 9th Floor
           Chicago, IL 60601

*This pleading

■ hearby certify that a copy of __*__ was uploaded through the Court's ECF System at the e-mail address register with the court on, this 23rd day of Oct. 2015 to:

Party 1:   Tom Vaughn
           55 E Monroe St., Ste. 3850
           Chicago, IL 60603

Party 2:)  US Trustee
           219 S. Dearborn Rm. 873
           Chicago, iL 60604

Attorney for creditor (signature)   /s/ Crystal Sava
Attorney for creditor (print)       Crystal Sava

Case 11-20295    Doc 41    Filed 10/26/15    Entered 10/26/15 13:19:18    Desc Main
                        Document      Page 6 of 6